IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              Plaintiff,   )<br>                                           )<br>vs.                           )<br>                                           )<br>ANDRIA A. BOUIE,              )<br>                              Defendant. ) | Case No. 07M-7159-JPO-1 |

**O R D E R**

**NOW** on this 4th day of January, 2008, the above-entitled matter comes before the Court upon the motion of counsel for the defendant for an order granting until March 10, 2008, for the defendant to pay the fine and assessment ordered in the above-entitled action. The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the defendant have additional time up to and including March 10, 2008, to pay the fine and assessment ordered in the above-entitled action.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge